JAMES COLLINGWOOD COMM<sup>R</sup> OF THE SLOOP *Charming Betty* vs
SHIP *Oratava* AND HER CARGO

July 12th 1740.

The Court being Opened According to Adjournm<sup>t</sup> his Hon<sup>r</sup> the Judge Past his Decree

[Minute Book, 1740–1743]